ACCEPTED
12-16-00232-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/1/2017 10:15 AM
Pam Estes
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/1/2017 10:15:25 AM

PAM ESTES
Clerk

July 31, 2017

Twelfth Court of Appeals
Attn: Pam Estes, Clerk
1517 West Front Street
Suite 354
Tyler, Texas 75702

> RE: *Kim Herndon v. The State of Texas*
> Appeal Numbers: 12-16-00232-CR and 12-16-00233-CR
> Trial Number: 007-1472-15 and 007-1473-15
> Smith County

Dear Ms. Estes:

In accordance with Rule 48.4, I certify that, I sent a copy of this Court's Opinion to Kim Herndon at his last known address. Attached is a copy of the certified mail receipt, the certified mail green card, USPS Tracking Results.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Attachments: Certified Mail Receipt
Certified Mail Green Card
USPS Tracking Results

CC: Michael West
Smith County District Attorney's Office

Client

First Place Building • 100 East Ferguson, Suite 805 • Tyler, Texas 75702
903-593-2400 • www.hugglerlaw.com • Fax 903-593-3830

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery   $ _____
- ☐ Adult Signature Required   $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees
$ Kim Shelby Herndon

Sent To TDCJ # 02089809 % Hutchins SJ

Street and Apt. No., or PO Box No. 1500 E. Langdon Road

City, State, ZIP+4® Dallas, TX 75241

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 0600 0000 1873 3130

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kim Shelby Herndon
TDCJ# 02089809
% Hutchins State Jail
1500 Langdon Road
Dallas, Texas 75241

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9403 0313 5155 7789 18

2. Article Number *(Transfer from service label)*

7016 0600 0000 1873 3130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X       ☐ Agent
        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

**Track Another Package  +**

Remove ✕

**Tracking Number:** 70160600000018733130

               Delivered

**Expected Delivery Day:** Monday, July 24, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

**See tracking for related item:**
95909403031351551778918 (/go/TrackConfirmAction?
tLabels=95909403031351551778918)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 24, 2017, 12:59 pm** | **Delivered, Left with Individual** | **DALLAS, TX 75241** |

▲

Your item was delivered to an individual at the address at 12:59 pm on July 24, 2017 in DALLAS, TX 75241.

| July 22, 2017, 7:58 pm | Departed USPS Regional Facility | DALLAS TX DISTRIBUTION CENTER |
|---|---|---|
| July 22, 2017, 8:22 am | Arrived at USPS Regional Facility | DALLAS TX DISTRIBUTION CENTER |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 22, 2017, 6:01 am | Departed USPS Regional Facility | COPPELL TX DISTRIBUTION CENTER |

**See More** ∨

## Available Actions

**Text Updates**                                                    ∨

**Email Updates**                                                   ∨

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**